| STATE OF LOUISIANA | NO. 23-K-151 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| RENE BARTHELEMY | COURT OF APPEAL |
| | STATE OF LOUISIANA |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

April 11, 2023

Susan Buchholz
Chief Deputy Clerk

**IN RE** RENE BARTHELEMY

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE MICHAEL P. MENTZ, DIVISION "F", NUMBER 22-2578

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and Cornelius E. Regan, Pro Tempore

## WRIT GRANTED FOR LIMITED PURPOSE

Relator, Rene Barthelemy, seeks review of the trial court's March 14, 2023 ruling that summarily dismissed his *pro se* motion for speedy trial without prejudice.

La. C.Cr.P. art. 701 states, in pertinent part:

> D. (1) A motion by the defendant for a speedy trial, in order to be valid, must be accompanied by an affidavit by defendant's counsel certifying that the defendant and his counsel are prepared to proceed to trial within the delays set forth in this Article. Except as provided in Subparagraph (3) of this Paragraph,[1] after the filing of a motion for a speedy trial by the defendant and his counsel, the time period for commencement of trial shall be as follows:
>
> (a) The trial of a defendant charged with a felony shall commence within one hundred twenty days if he is continued in custody and within one hundred eighty days if he is not continued in custody.

---

[1] La. C.Cr.P. art. 701(D)(3) states:
After a motion for a speedy trial has been filed by the defendant, if the defendant files any subsequent motion which requires a contradictory hearing, the court may suspend, in accordance with Article 580, or dismiss upon a finding of bad faith the pending speedy trial motion. In addition, the period of time within which the trial is required to commence, as set forth by Article 578, may be suspended, in accordance with Article 580, from the time that the subsequent motion is filed by the defendant until the court rules upon such motion.

***

F. A motion for a speedy trial filed by the defendant, but not verified by the affidavit of his counsel, shall be set for contradictory hearing within thirty days.

Here, Relator's motion for speedy trial was not verified by his counsel of record. Thus, in light of La. C.Cr.P. art. 701(F), the procedural vehicle to determine if Relator's right to a speedy trial was violated is by way of a contradictory hearing. Therefore, we find the trial court erred in summarily denying Relator's motion without first scheduling a contradictory hearing.

Accordingly, we grant the writ application for the limited purpose of remanding the matter to the trial court for a contradictory hearing to be held within thirty (30) days of the date of this disposition. (*See*, *Kimble v. State*, 19-353 (La. App. 5 Cir. 8/9/19) (unpublished writ disposition), where the trial court denied the motion for speedy trial because the defendant was represented by trial counsel and the trial counsel did not adopt the defendant's motion. This Court remanded the matter to the trial court for a contradictory hearing to be held pursuant to La. C.Cr.P. art. 701(F).)

Gretna, Louisiana, this 11th day of April, 2023.

**MEJ**
**SMC**
**CER**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **04/11/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

CURTIS B. PURSELL
CLERK OF COURT

**23-K-151**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Rene Barthelemy #66528010 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054